IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-51111
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FAUSTO GUEVARRA-OSTIGUIN, also
known as Fausto Guevarra,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Western District of Texas
USDC No. EP-99-CR-710-ALL-DB
_____

July 13, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The federal public defender appointed to represent Fausto Guevarra-Ostiguin has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Guevarra-Ostiguin has received a copy of counsel's motion and brief, but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issues. Accordingly, counsel's motion for leave to withdraw is GRANTED,

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.